FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2014

No. 04-14-00061-CV

**IN THE INTEREST OF D.S.O.,** Child,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01423
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

    The District Clerk's Notification of Late Record is GRANTED. The clerk's record is due on February 3, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court